E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA  94105
    Telephone: (510) 970-4809
    Facsimile: (415) 744-0134
    Email:  Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ELENA M. PELANT,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 5:22-cv-01312-JC<br><br>**ORDER APPROVING PARTIES' STIPULATION FOR AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO EQUAL ACCESS TO JUSTICE ACT** |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), IT IS ORDERED that fees in the amount of $1,000.00 as authorized by 28 U.S.C. § 2412 be awarded to Plaintiff subject to the terms of the Stipulation.

DATED:  November 2, 2022        _____/s/_____
                                                      HON. JACQUELINE CHOOLJIAN
                                                      UNITED STATES MAGISTRATE JUDGE